UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FROIO and MIKHAIL SURMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.; and DOES 1 through 20,<br><br>Defendant. | Case No.: 1:18-CV-12005 |

**PLAINTIFFS' UNOPPOSED MOTION TO PERMIT L. TIMOTHY FISHER TO APPEAR AT THE JANUARY 14, 2019 SCHEDULING CONFERENCE BY TELEPHONE**

Pursuant to the Court's Standing Order Re: Appearance of Counsel by Telephone, Plaintiffs Michael Froio and Mikhail Surman respectfully request that the Court permit L. Timothy Fisher to appear at the January 14, 2019 scheduling conference by telephone.

**I.   ARGUMENT**

On December 21, 2018, the Court issued the Notice of Scheduling Conference (Dkt. No. 18) setting a scheduling conference on Monday, January 14, 2019 at 3:10 p.m. Plaintiffs' lead trial counsel is L. Timothy Fisher of Bursor & Fisher, P.A. Fisher Decl. ¶ 1. Mr. Fisher lives and practices in California. *Id.* ¶ 4. Mr. Fisher's *pro hac vice* application is pending. *Id.* ¶ 1.

Mr. Fisher respectfully requests that the Court permit him to appear at the scheduling conference by telephone to avoid the need for an expensive and time-consuming cross-country flight. *Id.* ¶ 4. Mr. Fisher also has an opposition to a motion to dismiss due in another case the following day, and it would be a significant burden to appear in person at the scheduling conference in Boston the day before. *Id.* ¶ 5. Plaintiffs' counsel met and conferred with

1

Defendant's counsel by email on January 4, 2019 and Defendant's counsel indicated that they do not oppose this request. *Id.* ¶ 6.

Mr. Fisher has reviewed the Court's Standing Order Re: Appearance of Counsel by Telephone. *Id.* ¶ 7. If permission to appear by telephone is granted, Mr. Fisher will participate from his office in California and use a landline telephone. *Id.* He will also identify himself by name each time he speaks. *Id.* Plaintiffs respectfully request that the Court permit Mr. Fisher to appear at the January 14, 2019 scheduling conference by telephone.

Dated: January 4, 2019

Respectfully submitted,

PLAINTIFFS MICHAEL FROIO AND
MIKHAIL SURMAN,
By their attorneys,

*/s/ David S. Godkin*
David S. Godkin (BBO #196530)
James E. Kruzer (BBO #670827)
**BIRNBAUM & GODKIN, LLP**
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

OF COUNSEL:

L. Timothy Fisher (*Pro Hac Vice* pending)
Joel D. Smith (*Pro Hac Vice* pending)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
ltfisher@bursor.com
jsmith@bursor.com

Reuben D. Nathan (*Pro Hac Vice* pending)
**NATHAN & ASSOCIATES, APC**
2901 W. Pacific Coast Highway, Suite 200
Newport Beach, California 92663
Tel: (949)270-2798
rnathan@nathanlawpractice.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

*/s/ David S. Godkin*
David S. Godkin