| | |
|---|---|
| MICHAEL FROIO and MIKHAIL SURMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.; and DOES 1 through 20,<br><br>Defendant. | Case No.: 1:18-CV-12005 |

## DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO PERMIT L. TIMOTHY FISHER TO APPEAR AT THE JANUARY 14, 2019 SCHEDLING CONFERENCE BY TELEPHONE

I, L. Timothy Fisher, hereby declare as follows in support of Plaintiffs' Unopposed Motion to Permit L. Timothy Fisher to Appear at the January 14, 2019 Scheduling Conference by Telephone.

1. I am an attorney at law licensed to practice in the State of California. I have filed a request to appear as counsel *pro hac vice* in this action. I am a partner at Bursor & Fisher, P.A., counsel for Plaintiff Michael Froio and Mikhail Surman. I am lead trial counsel for Plaintiffs.

2. On December 21, 2018, the Court issued the Notice of Scheduling Conference (Dkt. No. 18) setting a scheduling conference on Monday, January 14, 2019 at 3:10 p.m.

3. As lead trial counsel, I understand that it is my obligation to appear at the January 14 scheduling conference.

4. I live and practice in California. I would like to avoid the time and expense of a cross-country flight from California to Boston to appear at the scheduling conference.

5. I also have an opposition to a motion to dismiss due on January 15, 2019 in another case. It would be a significant burden to attend the scheduling conference in person in Boston and then have to finalize and file a brief in California the following day.

6. I met and conferred with Defendant's counsel by email on January 4, 2019 and asked if they would oppose my request to appear by telephone at the scheduling conference. Defendant's counsel indicated that they do not oppose my request.

7. I have reviewed the Court's Standing Order Re: Appearance of Counsel by Telephone. If the Court permits me to appear by telephone, I will participate from my office in Walnut Creek, California and use a landline telephone. I will also identify myself by name each time I speak.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Walnut Creek, California, this 4th day of January 2019.

Dated: January 4, 2019        /s/ L. Timothy Fisher
                              L. Timothy Fisher

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

                              /s/ David S. Godkin
                              David S. Godkin