UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FROIO and MIKHAIL SURMAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>OCEAN SPRAY CRANBERRIES, INC.; and DOES 1 through 20,<br><br>        Defendant. | Case No.: 1:18-CV-12005 FDS |

## PLAINTIFFS' CERTIFICATION PURSUANT TO LR. 16.1(d)(3)

As counsel for Plaintiffs Michael Froio and Mikhail Surman, I hereby certify that I have conferred with Plaintiffs Froio and Surman (a) with a view to establishing a budget for the full course and various alternative courses of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.

Dated: January 7, 2019

Respectfully submitted,

   /s/ Reuben D. Nathan

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (*Pro Hac Vice*)
600 W. Broadway, Suite 700
San Diego, California 92101
Telephone: (619)272-7014
Facsimile: (619)330-1819
E-Mail: rnathan@nathanlawpractice.com

**BIRNBAUM & GODKIN, LLP**
David S. Godkin
James E. Kruzer
280 Summer Street
Boston, MA 02210

1

Telephone: (617) 307-6110
Fax : (617) 307-6100
Email: godkin@birnbaumgodkin.com
      kruzer@birnbaumgodkin.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*Pro Have Vice*)
Joel D. Smith (*Pro Hac Vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
      jsmith@bursor.com

Counsel for Plaintiffs