# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FROIO and MIKHAIL SURMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.; and DOES 1 through 20,<br><br>Defendant. | Case No.: 1:18-CV-12005 |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to the United States District Court for the District of Massachusetts Local Rule 16.1(d)(3), Defendant Ocean Spray Cranberries, Inc. and its counsel hereby certify that they have conferred: A.) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation in the above-captioned matter; and B.) with respect to considering the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

Dated: January 14, 2019

Respectfully submitted,

Defendant Ocean Spray Cranberries, Inc.

By: _____
Title: Director, Assistant General Counsel

/s/ James P. Ponsetto
*/s/ James P. Ponsetto*
James P. Ponsetto (BBO # 556144)
Emily Bryan (BBO # 687935)
Greenberg Traurig, LLP
One International Place
Suite 2000
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
ponsettoj@gtlaw.com
bryane@gtlaw.com

Rick L. Shackelford, Esq.
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles CA 90067
Tel: (310) 586 7998
Fax: (310) 586 7800
• *Admitted Pro hac vice*

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on January 14, 2019.

/s/ James P. Ponsetto