UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FROIO and MIKHAIL SURMAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>OCEAN SPRAY CRANBERRIES, INC.; and DOES 1 through 20,<br><br>    Defendant. | Case No.: 1:18-CV-12005 FDS |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the undersigned parties, through counsel, hereby stipulate and agree that all claims asserted herein are hereby dismissed, with prejudice, without attorneys' fees or costs and appeal rights waived.

[Signatures Appear on Following Page]

Dated: August 14, 2020,                              Respectfully submitted,

| /s/ James P. Ponsetto | /s/ L. Timothy Fisher |
|---|---|
| James P. Ponsetto BBO #556144<br>Emily Bryan BBO # 687935<br>Greenberg Traurig, LLP<br>One International Place, Suite 2000<br>Boston, MA 02110<br>Tel: (617) 310-6000<br>Fax: (617) 310-6001<br>ponsettoj@gtlaw.com<br>bryane@gtlaw.com<br><br>Rick L. Shackelford, Esq.<br>Greenberg Traurig, LLP<br>1840 Century Park East<br>Suite 1900<br>Los Angeles CA 90067<br>Tel: (310) 586 7998<br>Fax: (310) 586 7800<br>*Admitted Pro hac vice*<br><br>Counsel for Defendant | BURSOR & FISHER, P.A.<br>L. Timothy Fisher (Pro Have Vice)<br>Joel D. Smith (Pro Hac Vice)<br>1990 North California Blvd.<br>Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>jsmith@bursor.com<br><br>BIRNBAUM & GODKIN, LLP<br>David S. Godkin<br>James E. Kruzer<br>280 Summer Street<br>Boston, MA 02210<br>Telephone: (617) 307-6110<br>Fax : (617) 307-6100<br>Email: godkin@birnbaumgodkin.com<br>kruzer@birnbaumgodkin.com<br><br>NATHAN & ASSOCIATES, APC<br>Reuben D. Nathan (Pro Hac Vice)<br>2901 W. Coast Hwy, Suite 200<br>Newport Beach, California 92663<br>Telephone; (949) 270-2798<br>Facsimile: (949) 209-0303<br>E-Mail: rnathan@nathanlawpractice.com<br><br>Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

                                                                    */s/ James P. Ponsetto*
                                                                    James P. Ponsetto

ACTIVE 51994726v2